UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA M. CAIN,

    Plaintiff,

v.                                                            Case No. 1:16-cv-1071
                                                   Hon. Ray Kent
COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  September 19, 2017         /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge